## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                                                In Proceedings
                                                                              Under Chapter 13
Justin Tyler Hicks and Nicole Lynn Hicks
                                                                              BK 08–41404

      Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–5954   xxx–xx–5815


## ORDER CONFIRMING CHAPTER 13 PLAN

    The Court finds that the plan (and if applicable as amended or modified) meets the requirements of 11 U.S.C. § 1325.

    **IT IS ORDERED THAT:**

    The debtor's Chapter 13 plan is confirmed.

    The attorney for the debtor(s) shall be paid attorney's fees as specified in the plan, and according to the Court's Instructions for Chapter 13 Plans.

    Confirmation of this plan does not remove the attorney for the debtor as attorney of record in this case. The attorney for the debtor shall remain counsel of record until the earliest of either the closing of the case or the entry of an order allowing the attorney for the debtor to withdraw as counsel.

    No payment in an amount less than $15.00 shall be distributed by the Trustee to any creditor. Funds not distributed because of Bankruptcy Rule 3010(b) shall be paid whenever the accumulation aggregates $15.00. Any funds remaining shall be distributed with the final payment.

    In the event that the number of creditors filing Proofs of Claim is less than the number of creditors in the debtor's bankruptcy petition, the Trustee is directed to distribute all of the proceeds of the debtor's plan to those creditors whose claims have been allowed, but not to exceed 100 percent of the amount of any claim.


ENTERED: November 21, 2008               /s/ Kenneth J. Meyers
                                                                 UNITED STATES BANKRUPTCY JUDGE